# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SIERRA CLUB,<br>Plaintiff<br><br>v.<br><br>ENERGY FUTURE HOLDINGS<br>CORPORATION and LUMINANT<br>GENERATION COMPANY LLC.,<br>Defendants. | §<br>§<br>§<br>§  Civil Action No. W-12-CV-108<br>§<br>§<br>§<br>§<br>§ |

## ORDER

The Court *sua sponte* clarifies its previous order regarding Defendants' Motion to Dismiss. In the Order, the Court previously stated that 30 Texas Administrative Code § 101.222 was not incorporated into the Texas SIP. However, only § 101.222(h) was not incorporated into the Texas SIP. *Luminant Generation Co., LLC v. United States Envtl. Prot. Agency* 699 F.3d 427, 448 (5th Cir. 2012) (holding EPA did not act in an arbitrary and capricious manner by rejecting incorporation of § 101.222(h) into the Texas SIP). This clarification does not change or alter the Court's decision to deny Defendants' motion.

SIGNED this 4 day of March, 2013.

WALTER S. SMITH, JR.
UNITED STATES DISTRICT JUDGE