IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SIERRA CLUB, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | |
| | § | Civil Action No. 6:12-cv-00108-WSS |
| ENERGY FUTURE HOLDINGS CORPORATION and LUMINANT GENERATION COMPANY LLC, | § | |
| | § | |
| *Defendants.* | § | |

## SIERRA CLUB'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Sierra Club hereby notifies the Court of the issuance of a new opinion by the Fifth Circuit Court of Appeals superseding its opinion in *Luminant Generation Co. v. U.S. EPA*, 699 F.3d 427 (5th Cir. 2012), an opinion cited by both the Defendants and Plaintiff in this action. On March 25, 2013 (the same day that Sierra Club filed its reply in support of its motion for partial summary judgment), the Fifth Circuit issued the new opinion, which is attached as Exhibit 1. This new, March 25, 2013, opinion is fully consistent with the previous, withdrawn, opinion. The exact language (from the withdrawn opinion) that Sierra Club quoted and cited in support of its pending motion for partial summary judgment is in the new opinion. *See* highlighted text in Exhibit 1.

Dated: March 29, 2013				Respectfully submitted,


					____/s/__Ilan Levin_____

					ENVIRONMENTAL INTEGRITY PROJECT
					Ilan Levin*
					Texas Bar No. 00798328
					1303 San Antonio Street, Suite 200
					Austin, Texas 78701
					Phone: 512-637-9477
					Fax: 512-584-8019

					Julie Kaplan*
					DC Bar No. 414178
					One Thomas Circle, NW, Suite 900
					Washington, D.C. 20005
					Phone: 202-263-4452
					Fax: 202-296-8822

					Patton Dycus*
					Georgia Bar No. 236636
					2532 Knox Street NE
					Atlanta, GA 30317
					Phone: 404-446-6661

					SIERRA CLUB
					Elena Saxonhouse*
					California Bar No. 235139
					Sanjay Narayan*
					California Bar No. 183227
					85 Second Street, 2nd Floor
					San Francisco, CA 94105
					Phone: 415-977-5765


					**ATTORNEYS FOR PLAINTIFF**

					*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

On this 29th day of March 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

                                                /s/ Ilan Levin_____
                                                Ilan Levin

William B. Dawson
Russell H. Falconer
Gibson, Dunn, & Crutcher LLP
2100 McKinney Avenue
Suite 1100
Dallas, Texas 75201-6912

P. Stephen Gidiere III
Thomas L. Casey, III
Michael D. Freeman
Balch & Bingham LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203

Charles D. Olson
Michael W. Dixon
Haley & Olson PC
510 North Valley Mills Drive, Suite 600
Waco, Texas 76710-6078

Stacey H. Dore
Energy Future Holdings Corp.
1601 Bryan Street, 41st Floor
Dallas, Texas 75201