IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | | |
|---|---|---|
| SIERRA CLUB,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | Civil Action No. W-12-CV-108 |
| | § | |
| ENERGY FUTURE HOLDINGS<br>CORPORATION and LUMINANT<br>GENERATION COMPANY LLC.,<br>    Defendants. | §<br>§<br>§<br>§<br>§ | |

## ORDER

Before the Court is Plaintiff's Motion for Partial Summary Judgment. Defendants in this case argue that they may assert affirmative defenses under 30 Texas Administrative Code § 101.222(a)-(g). Plaintiff argues these affirmative defenses are not available to Defendants because the Environmental Protection Agency did not approve them until January 11, 2011. The Court does not believe the current briefing sufficiently addresses:

(1) Whether the EPA needed to "backdate" its rule, which adopted the affirmative defenses in § 101.222(a)-(g), to 2006 for those affirmative defenses to be applicable for violations that occurred before their adoption;

(2) Whether the affirmative defenses in § 101.222(a)-(g) are, in fact, "backdated" to 2006.

1

**ORDERED** that both parties shall submit their positions on these issues within fourteen (14) days of entry of this order. It is further

**ORDERED** that both parties shall have leave of Court to file a response to the other party's brief within seven (7) days after the brief has been filed.

**SIGNED** this 27t day of June, 2013.

_____
WALTER S. SMITH, JR.
UNITED STATES DISTRICT JUDGE