IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | | |
|---|---|---|
| SIERRA CLUB,<br>  Plaintiff, | § § § | |
| v. | § § | Civil Action No. W-12-CV-108 |
| ENERGY FUTURE HOLDINGS<br>CORPORATION and LUMINANT<br>GENERATION COMPANY LLC.,<br>  Defendants. | § § § § § | |

## ORDER

Before the Court is Plaintiff's Motion to Quash Subpoena of Daniel Lawrence. The Court finds that Plaintiff's Motion to Quash is unopposed and should be **GRANTED**.

Under the Local Rules for the Western District of Texas, "If there is no response filed within the time period prescribed by the rule, the Court may grant the motion as unopposed." W.D. Tex. Civ. R. 7(e). According to the local rules, a response must be filed within 7 days of service of a non-dispositive motion. *Id.* In this case, Plaintiff filed its Motion for Quash on June 27, 2013. To date, the Defendants have not filed a response in opposition to Plaintiff's motion. Therefore, the Court will grant the motion as unopposed. Accordingly, it is

ORDERED that Plaintiff's Motion to Quash Subpoena of Daniel Lawrence is **GRANTED**.

**SIGNED** on this 12<sup>1</sup> day of July, 2013.

_____
**WALTER S. SMITH, JR.
UNITED STATES DISTRICT JUDGE**