

# INVOICE

9135 S Ridgeline Blvd, Suite 200 / Highlands Ranch, CO 80129
T / 303 734 1727  F / 303 734 0330

TO:   Environmental Integrity Project
      Attn: Lindsey Engelman
      1303 San Antonio St., Suite 200
      Austin, TX 78701

Date:         June 26, 2013
Invoice No:   2013-EXE-001
Terms:        Net 30

| Description of Services | | Net Invoice |
|---|---|---|
| Reimbursement of Expert Doxument Solutions Invoice 0613.93 | $ | 376.04 |
| | Please Pay:  $ | 376.04 |

Approved by & Date:  _Richard Schlager_ _____

**Remit to:**   ADA-ES, INC., 9135 S. Ridgeline Blvd, Suite 200, Highlands Ranch, CO 80129
OR
Please Wire/ACH payments to:
Bank of the West
Englewood Broadway Office
4301 S. Broadway Ave, Englewood, CO  80113-5719
ABA# 107002147  Acct# 491090189

*ADA-ES, Inc. is an Equal Employment Opportunity employer that encourages
veterans and those with disabilities to join us.*

**Advancing Cleaner Energy**

# Expert
# DoXument
## Solutions, Inc.

633 17th Street, Suite 120
Denver, CO 80202
Phone: 303-298-7114/Fax: 303-297-8695

Karen@ExpertDoxumentSolutions.com
www.ExpertDoxumentSolutions.com

| Date | Invoice # |
|---|---|
| 6/20/2013 | 0613.93 |

### Bill To

ADA
9135 S. Ridgeline Blvd, Ste 200
Highlands Ranch, CO 80129
Attn: Richard Schlager

Federal ID#:
20-5989329

| Terms | Rep | Matter Number |
|---|---|---|
| Net 30 | BB | AD13-0792 |

| Qty | Description | Rate | Amount |
|---|---|---|---|
| 1,839 | Scanning -- 8 1/2 x 11, B & W, Heavy Handling | 0.17 | 312.63T |
| 1,839 | Electronic Endorsement of Production Documents | 0.02 | 36.78T |
| 1 | CD -- No Charge | 0.00 | 0.00T |

*ok to pay*
*Richard Schlager*
*6/26/2013*

Thank you for your business!

A signature is an agreement that the above described work has been authorized and received. An interest rate of 1.5% per month will be charged and paid to past due invoices, not to exceed the maximum permitted by law. Customer agrees to pay all legal fees and costs incurred in collection of past due invoices. The party named on this invoice is held responsible for payment.

| | |
|---|---|
| Subtotal | $349.41 |
| Sales Tax (7.62%) | $26.63 |
| Total | $376.04 |
| Payments/Credits | $0.00 |
| Balance Due | $376.04 |